# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

RAYMOND W. BROWN,

    Plaintiff,

vs.

HEIDI BUTLER and CAMDEN
COUNTY BOARD OF REGISTRARS,

    Defendants.

CIVIL ACTION NO.: CV212-069

## ORDER

By Order dated June 29, 2012, the undersigned allowed Plaintiff to file an Amended Complaint in an effort to set forth a plausible claim that his constitutional rights were violated. The undersigned advised Plaintiff that, if he did not amend his Complaint sufficiently, the Magistrate Judge's Report and Recommendation, with which the undersigned concurred, would be adopted as the opinion of the Court. (Doc. No. 8). Plaintiff responded to the undersigned's Order. In his response to the undersigned's Order, Plaintiff contends that he is not a convicted felon, and Defendant Butler relied on hearsay in informing him that he could not vote.

Plaintiff's response to the undersigned's June 29, 2012, Order is insufficient to set forth a plausible claim that Defendant Butler violated his constitutional rights. If Plaintiff wishes to contest his status as a convicted felon, he should pursue any

available avenues in the Georgia courts. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter an appropriate judgment of dismissal.

**SO ORDERED**, this 19 day of October, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)